ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

BEATRICE SCHNEIDER, Appellant, v. HAROLD SCHNEIDER and LILLIAN GLICKMAN BLATT, Respondents.— Motion for leave to add to the February calendar granted upon condition that counsel stipulate to submit; otherwise, motion denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

UNITED STATES GUTTA PERCHA PAINT COMPANY, Respondent, v. BEADED SCREEN CORPORATION, Appellant.— Motion for stay denied upon condition that respondent restore to appellant the property levied upon; otherwise, motion granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ. Settle order on notice.

UNIVERSAL DISCOUNT CORPORATION, a Domestic Corporation, Respondent, v. NAIDICH & GOLDSTEIN, INC., a Domestic Corporation, and Others, Appellants.— Motion to dismiss appeal withdrawn. Motion to compel defendants to furnish additional security granted; appellants to file an undertaking, with corporate surety, in the sum of $2,000 within five days from service of a copy of the order herein; otherwise, appeal dismissed, with ten dollars costs and disbursements. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

VILLAGE OF MILL NECK, Respondent, v. WALTER J. NOLAN, Appellant.— Motion for extension of time granted upon condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

MARY WALBROEHL and Another, Respondents, v. GUISEPPINA MASELLI and Others, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the March term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

NORTH WOODSIDE BUILDING MATERIAL CORPORATION, Respondent, v. BURKE BUILDING CO., INC., and Others, Defendants. INTERBORO ASSOCIATES, INC., Appellant, and LESTER V. ALLERS, Respondent.— Motion for reargument of motion denied. Motion to extend time to file case and points on appeal granted upon condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

CORNELIUS T. WILLEMEN, JR., and CARL VOELKER, Copartners, etc., Respondents, v. BURKE BUILDING Co., INC., and Others, Defendants; INTERBORO ASSOCIATES, INC., Appellant.— Motion for reargument of motion denied. Motion to extend time to file case and points on appeal granted upon condition that appellant perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Young, Hagarty, Carswell and Tompkins, JJ.

In the Matter of the Complaint Filed by CHARLES S. SOMERS against JACOB EILPERIN, a Magistrate of the City of New York.— Motion to confirm report of official referee in so far as it recommends a dismissal of the charges granted and